Affirmed and Majority, Concurring, and Dissenting Opinions filed October 29, 2015.



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00502-CV

---

### CHRISTINE E. REULE, Appellant

### V.

### M & T MORTGAGE, M & T BANK, BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP, HUGHS, WATTERS, ASKANASE, LLP, CAROLYN TAYLOR, AUDREY LEWIS, JEFF LEVA, SANDY DASIGENIS, AND RLZ INVESTMENTS, INC., Appellees

---

### On Appeal from the 234th District Court
### Harris County, Texas
### Trial Court Cause No. 2008-75636

---

## C O N C U R R I N G   O P I N I O N

I join the majority opinion and write separately in light of the dissenting opinion's contentions.

Christine Reule is entitled to appropriate and respectful treatment in the litigation process. So is the trial court. So are the appellees and their counsel. So are the jurors who fulfilled their civic duty; heard her case; and had the duration of their jury service prolonged by her conduct. So are other litigants – including other pro se litigants – seeking their share of finite court time and resources to obtain timely resolution of disputes important to their lives. The trial court acted with restraint, patience, and courtesy during the proceedings below when faced with challenging conduct that frequently was disruptive, dilatory, and disrespectful.

/s/      William J. Boyce
         Justice

Panel consists of Chief Justice Frost and Justices Boyce and McCally (McCally, J., majority) (Frost, C.J. dissenting).